# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RONALD RIMMEL (1), <br><br> Defendant. | Case No. 20-CR-0818-BAS <br><br> **ORDER DENYING APPEAL OF CONDITIONS OF RELEASE** |

**IT IS HEREBY ORDERED** that the Defendant's Appeal of Conditions of Release is denied. A personal signature bond permitting the Defendant to reside in Mexico is insufficient to secure his appearance at future proceedings. The risk of contracting Covid-19 at a Residential Re-entry Center (RRC) is equivalent or greater than remaining in custody and the conditions of release as ordered are confirmed.

**IT IS SO ORDERED.**

Dated: March 25, 2020

Cynthia Bashant
United States District Judge